

# Fourth Court of Appeals
## San Antonio, Texas

November 3, 2014

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants

v.

Arnold L. **LEVEY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

# O R D E R

Appellee and Cross-Appellant's Motion for Third Extension of Time to File Brief is hereby GRANTED. Time is extended to December 1, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of November, 2014.

_____
Keith E. Hottle
Clerk of Court